**Order entered March 4, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01667-CV

## IN THE MATTER OF VANE MONYENCHE FRASURE AND JAMES ANDREWS FRASURE

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. CV13-00376**

## ORDER

By order entered January 24, 2014, we directed Dallas County District Clerk Gary Fitzsimmons to file the clerk's record no later than February 21, 2014. To date, he has not complied. Accordingly, we **ORDER** Mr. Fitzsimmons to file the record within **FIVE (5) DAYS** of the date of this order. *If the record is not filed by the date specified, we will utilize the available remedies to obtain the record, which may include ordering Mr. Fitzsimmons to show cause why he should not be held in contempt for failure to comply with this Court's orders.*

We **DIRECT** the Clerk of the Court to send a copy of this order, by electronic transmission, to all parties and to:

Gary Fitzsimmons
Dallas County District Clerk
George Allen Sr. Courts Building
133 N. Riverfront Blvd., 4th Floor
Dallas, Texas 75207.

/s/     ELIZABETH LANG-MIERS
         JUSTICE